O-Send

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) No. 08-MJ-03033 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING<br>) (18 U.S.C. § 3142(i)) |
| Ernesto Blancarte Duran, | ) |
| Defendant. | ) |

I.

A. ( ) on motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (✓) (by the Government)/ ( )(by the Court *sua sponte*) involving:

1. (✓) serious risk defendant will flee;
2. ( ) serious risk defendant will
   a. ( ) obstruct or attempt to obstruct justice
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required; and/or
B. ( ) safety of any person or the community

III.

The Court has considered:

A. (X) the nature and circumstances of the offense;
B. (X) the weight of evidence against defendant;
C. (X) the history and characteristics of the defendant;
D. (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

Defendant's criminal history including convictions involving narcotics and convictions involving dangerous weapons.

B. (✓) History and characteristics indicate a serious risk that defendant will flee because:

_Defendant's illegal reentry; his status in the United States including prior detention and lack of bail resources._

C. ( ) A serious risk exists that defendant will:

1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror

because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant be detained prior to trial.

**IT IS FURTHER ORDERED** that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

**IT IS FURTHER ORDERED** that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: 12-16-08

_____
U.S. Magistrate Judge Jennifer T. Lum